IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 28 P 1: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In the Matter of the Arbitration Between: | ) |
| | ) |
| ARGONAUT INSURANCE COMPANY | ) |
| | ) |
| Respondent (Plaintiff herein) | ) |
| | ) |
| vs. | ) Civil Action No: 05-10184 RCL |
| | ) |
| FIRST STATE INSURANCE COMPANY | ) |
| | ) |
| Petitioner (Defendant herein) | ) |
| | ) |

FILING FEE PAID.
RECEIPT # 61728
AMOUNTS $150.00
BY DPTY CLK E.O.
DATE 1/31/2005

### PETITION OF ARGONAUT INSURANCE COMPANY TO CONFIRM ARBITRATION AWARD AND FOR THE ENTRY OF JUDGMENT THEREON

1. Plaintiff Argonaut Insurance Company ("Argonaut") is a corporation incorporated under the laws of the State of California, having its principal place of business at 250 Middlefield Road, Menlo Park, California.

2. Upon information and belief, Defendant First State Insurance Company ("First State") is a corporation incorporated under the laws of the Commonwealth of Massachusetts, having its principal place of business in Boston, Massachusetts.

3. The value of the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. Under 28 U.S.C. § 1332, the Court has subject matter jurisdiction over this matter.

## VENUE

5. Under 9 U.S.C. § 9, venue is proper in this judicial district because the arbitration proceedings that resulted in the award for which Argonaut is seeking confirmation were conducted in this judicial district.

## BACKGROUND

6. First State and Argonaut are in the business of insurance and reinsurance, among other things.

7. Prior to March 2002, disputes arose between First State and Argonaut regarding the parties' respective rights and obligations under certain ceded claims.

8. On or about March 13, 2002, First State demanded arbitration against Argonaut, pursuant to the terms of the following contracts between First State and Argonaut, including contracts identified by the parties as subject to the arbitration, as follows:

- First Casualty Excess of Loss:  1/175 to 12/31/75.

- Second Casualty Excess of Loss:  1/1/75 to 3/31/75.

- Third Casualty Excess of Loss:  1/1/73 to 12/31/73; 1/1/74 to 12/31/74; 1/1/75 to 3/31/75.

- Fourth Casualty Excess of Loss:  1/1/71 o 12/31/71; 1/1/72 to 12/31/72.

9. The Contracts thereunder evidence transactions involving interstate commerce as they are between corporations headquartered in different states and contemplate performance therein. *See* Declaration of Donald J. Buyck at 4 and Exhibits 2 through 5 attached thereto.

10. First State and Argonaut proceeded to appoint a panel of arbitrators (the "Arbitration Panel"). The Arbitration Panel was comprised of Edmond Rondepierre, Arthur Brotter, and Paul Walther. During the arbitration proceeding, the parties conducted discovery and presented briefs and evidentiary exhibits to the Arbitration Panel.

11. The parties then participated in an Arbitration Hearing before the Arbitration Panel to resolve their dispute.

12. On or about April 20-23, 2004, the parties presented witness testimony, documentary evidence, and arguments of counsel to the Arbitration Panel at a hearing on the issues. The hearing was conducted in Boston, Massachusetts.

13. On or about July 20, 2004, the Arbitration Panel issued a written Arbitration Award, granting final judgment and ordering Argonaut to pay First State $259,213.95.

14. The July 20, 2004 Arbitration Award has not been vacated or modified since issued.

15. Under 9 U.S.C. § 12, First State had three months within which to serve a notice of motion to vacate, modify, or correct the July 20, 2004 Arbitration Award. The time allowed for First State to serve a notice of motion to vacate, modify, or correct the Award has expired.

16. First State has not served a notice of motion to vacate, modify, or correct the July 20, 2004 Arbitration Award.

**WHEREFORE**, Argonaut moves that the Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, and M.G.L.A., 251 § 11, to enter an Order confirming the

3

July 20, 2004 Arbitration Award and entering judgment thereon. A proposed Order and Judgment is submitted with this Petition.

          Respectfully submitted,

          ARGONAUT INSURANCE COMPANY

          _____
          Kevin M. Roche
          HALLORAN & SAGE LLP
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          (860) 522-6103 (Telephone)
          (860) 548-0006 (Facsimile)

*Of counsel:*
Theresa W. Hajost
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 496-9270 (Telephone)
(202) 496-9279 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of January, 2005, a copy of the foregoing Petition of Argonaut Insurance Company to Confirm Arbitration Award and for the Entry of Judgment Thereon was forwarded, postage pre-paid, via First Class mail, to:

>Lloyd A. Gura, Esquire
>Mound Cotton Wollan & Greengrass
>One Battery Park Plaza
>24 Whitehall Street
>New York, NY  10004
>*Counsel for First State Insurance Company*
>
>First State Insurance Company
>c/o First State Management Group
>150 Federal Street, 6th Floor
>Boston, MA 02110
>(via Certified Mail/Return Receipt Requested)

_____
Kevin M. Roche
Counsel for Argonaut Insurance Company

605826-1(HSFP)

✻JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
IN CLERKS OFFICE
2005 JAN 28 P 1:14
U.S. DISTRICT COURT
DISTRICT OF MASS

05-10184-RCL

## I. (a) PLAINTIFFS
ARGONAUT INSURANCE COMPANY

### DEFENDANTS
FIRST STATE INSURANCE COMPANY

(b) County of Residence of First Listed Plaintiff   Menlo Park, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Boston, Massachusetts
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kevin Roche, Esq., Halloran & Sage, One Goodwin Square, Hartford, CT 06103; 860.522.6103

Attorneys (If Known)
Lloyd Gura, Esq., Mound Cotton, One Battery Park Plaza, NY NY 10004

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)   (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §1332
Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE   01/21/2005
SIGNATURE OF ATTORNEY OF RECORD   [signature]

FOR OFFICE USE ONLY
RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) __Argonaut Insurance Company vs. First State Insurance Company__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ☒ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

   **05-10184 RCL**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division ☒     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☐   N/A

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Kevin M. Roche, Halloran & Sage LLP__
ADDRESS __225 Asylum Street, Hartford, CT 06103__
TELEPHONE NO. __(860) 297-4605__

(Coversheetlocal.wpd - 10/17/02)

# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

## FAX COVER SHEET

**TO:** Matt

**FROM:** Norine Lord

**FAX NUMBER:** (617) 748-9096

**FILE NUMBER:** 00066.0029

**DATE:** 01/31/05


05 10184 RCL

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2**

**MESSAGE:** Matt, please let me know if you need anything else to get this filed. Thanks so much!! Norine Lord

ORIGINAL WILL NOT FOLLOW_

ORIGINAL WILL FOLLOW BY REGULAR U.S. FIRST CLASS MAIL ___ OTHER ____

WE ARE TRANSMITTING FROM A CANON CFX-L4000. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (860) 522-6103.

CONFIDENTIALITY: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND IS PRIVILEGED AND CONFIDENTIAL. ANY DISSEMINATION, DISTRIBUTION, OR COPY OF THIS COMMUNICATION OTHER THAN TO THE INDIVIDUAL OR ENTITY NAMED ABOVE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE (AND ANY COPIES) TO THE SENDER ABOVE. THANK YOU FOR YOUR ASSISTANCE.

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103    860 522-6103    Fax 860 548-0006    www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C. / White Plains, NY

# HALLORAN
# &SAGE LLP

ATTORNEYS AT LAW

FILED
CLERKS OFFICE

2005 JAN 28 P 1: 14

**KEVIN M. ROCHE** Direct 860 297-4605 roche@halloran-sage.com
Also admitted in Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS

January 26, 2005

Clerk, U.S. District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

05 10184 RCL

Re:   **Argonaut Insurance Company vs. First State Insurance Company**
      Our File No.      :    00066.0029

Dear Sir or Madam:

Enclosed for filing please find an original and one copy of the following documents:

1)   Civil Cover Sheet;

2)   Motion to Impound;

3)   Motion for an Order Confirming Arbitration Award and Entry of Judgment;

4)   Petition to Confirm Arbitration Award; and

5)   Memorandum in Support of Petition to Confirm Arbitration Award.

I have also enclosed our firm's check in the amount of $150.00 for the filing fee. After filing, please return a stamped copy of the enclosed documents to our office in the enclosed, self-addressed, stamped envelope.

Should you have any questions regarding this, please do not hesitate to contact me. Thank you in advance for your assistance.

Very truly yours,

Kevin M. Roche

KMR/nbl
Enclosures

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C. / White Plains, NY