FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS 2005 P 1:14

US DISTRICT COURT
DISTRICT OF MASS

05 10184 RCL

| | |
|---|---|
| In the Matter of the Arbitration Between: ) | |
| ) | |
| ARGONAUT INSURANCE COMPANY ) | |
| ) | RECEIPT # _____ |
| Respondent (Plaintiff herein) ) | AMOUNT $ 150.00 |
| ) | SUMMONS ISSUED 1 |
| vs. ) | Civil Action No.: LOCAL RULE 4.1 ___ |
| ) | WAIVER FORM ___ |
| FIRST STATE INSURANCE COMPANY ) | MCF ISSUED ___ |
| ) | BY DPTY. CLK. MP |
| Petitioner (Defendant herein) ) | DATE 1/31/05 |
| ) | |

MAGISTRATE JUDGE _____

### MOTION FOR AN ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT THEREON

Plaintiff Argonaut Insurance Company ("Argonaut") hereby moves, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et se.*, and M.G.L.A., 251 § 11, for an order confirming the final award of the Arbitration Panel appointed pursuant to the terms of the arbitration provisions contained in certain contracts between it and First State Insurance Company ("First State"), and which proceedings were conducted in accordance with the parties' agreements to submit to binding arbitration disputes arising under the contracts.

The bases of this Motion are fully set forth in the accompanying Petition, and the Memorandum in Support thereof, and the Declaration of Donald J. Buyck.

Respectfully submitted,

ARGONAUT INSURANCE COMPANY

_____
Kevin M. Roche
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103 (Telephone)
(860) 548-0006 (Facsimile)

*Of counsel:*
Theresa W. Hajost
HALLORAN & SAGE LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC  20006
(202) 496-9270 (Telephone)
(202) 496-9279 (Facsimile)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of January, 2005, a copy of the foregoing Motion for An Order Confirming Arbitration Award and for Entry of Judgment Thereon was forwarded, postage pre-paid, via First Class mail, to:

>Lloyd A. Gura, Esquire
>Mound Cotton Wollan & Greengrass
>One Battery Park Plaza
>24 Whitehall Street
>New York, NY 10004
>*Counsel for First State Insurance Company*

>First State Insurance Company
>c/o First State Management Group
>150 Federal Street, 6th Floor
>Boston, MA 02110
>(via Certified Mail/Return Receipt Requested)

_____
Kevin M. Rocha
Counsel for Argonaut Insurance Company

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Arbitration Between: )<br>)<br>ARGONAUT INSURANCE COMPANY )<br>)<br>Respondent (Plaintiff herein) )<br>)<br>vs. )<br>)<br>FIRST STATE INSURANCE COMPANY )<br>)<br>Petitioner (Defendant herein) )<br>_____ ) | Civil Action No.: |

## ORDER AND JUDGMENT

On January _____, 2005, Argonaut Insurance Company ("Argonaut") moved the Court for an order confirming the July 20, 2004 final arbitration award ("the Arbitration Award") rendered by Arthur Brotter, Paul Walther, and Edmond Rondepierre, the Arbitration Panel selected by Argonaut and First State Insurance Company ("First State") pursuant to the Arbitration provisions of certain written reinsurance contracts between Argonaut and First State, and entering judgment thereon. The Court, having considered the motion, petition, declaration, memoranda, and exhibits submitted by Argonaut in support of its motion, hereby ORDERS that Argonaut's motion to confirm the Arbitration Award is granted, and that the July 20, 2004 Arbitration Award is confirmed.

It is SO ORDERED.


Dated: _____     _____
                                 United States District Judge




Copies to:

Lloyd A. Gura, Esquire
Mound Cotton Wollan & Greengrass
One Battery Park Place
24 Whitehall Street
New York, NY 10004
*Counsel for First State Insurance Company*

Kevin Roche, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Theresa W. Hajost, Esquire
Halloran & Sage LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
*Counsel for Argonaut Insurance Company*

605840-1(HSFP)

2