

# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE

THERESA W. HAJOST  Direct 202 263-4971  hajost@halloran-sage.com
Admitted in Maryland and Washington, DC

2005 FEB -9  P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

February 8, 2005

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States District Court
 for the District of Massachusetts
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

    Re:    In the Matter of the Arbitration Between Argonaut Insurance Company and First State Insurance Company, USDC Case No. 05cv10184 RCL

Dear Sir or Madam:

On February 4, 2005, my office forwarded to you, via Federal Express, the original and two copies of the Declaration of Donald J. Buyck in the above-captioned matter, to be held with the remainder of the documents filed in this case. Please be advised that these documents are to be maintained under seal until such time as the Court has ruled on the Motion for Impoundment currently before it.

Thank you for your assistance with this matter. Should you have any questions or require additional information, please do not hesitate to contact my office.

                  Very truly yours,

                  Theresa W. Hajost

TWH/njs

cc: Lloyd A. Gura, Esquire

1730 Pennsylvania Ave. NW, Suite 800, Washington, D.C. 20006    202 496-9270    Fax 202 496-9279    www.halloran-sage.com
Washington, D.C. / Hartford / Middletown / Westport