**Prince, Lobel, Glovsky & Tye LLP**
Attorneys at Law

Thomas M. Elcock
617-456-8155
tmelcock@plgt-law.com

February 22, 2005

**VIA HAND DELIVERY**

The Honorable Reginald C. Lindsay
UNITED STATES DISTRICT COURT
One Courthouse Way
Boston, MA 02210

**Re: Argonaut Insurance Company**
**Vs: First State Insurance Company**
**C.A. No.: 05-CV10184-RCL**

Dear Judge Lindsay:

I am writing to advise the court on behalf of both First State Insurance Company and Argonaut Insurance Company that the parties are discussing settlement and request that any decision on Argonaut's Motion for an Order Confirming Arbitration Award and the Motion to Impound be held in abeyance pending the outcome of those settlement discussions.

The parties will further advise regarding the status of the settlement discussions in the near future.

**PRINCE ▪ LOBEL ▪ GLOVSKY & TYE LLP**

February 22, 2005
Page 2

Please contact us if you have any questions. Thank you for your courtesy and cooperation.

Very truly yours,

PRINCE, LOBEL, GLOVSKY, TYE, LLP

Thomas M. Elcock

TME:kt
Enclosures
cc:   Kevin M. Roche, Esq.
      Attorney Theresa W. Hajost
      Lloyd A. Gura, Esquire
      Sanjit Shah, Esq.
      Attorney Susan E. Grondine
      Mitchell S. King, Esquire