UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR -3  P 2:59
U.S. DISTRICT COURT
DISTRICT OF MASS

---

ARGONAUT INSURANCE COMPANY,  )
                             )
            Plaintiff,       )
                             )   Civil Action No. 05-CV10184-RCL
    -against-                )
                             )
                             )
FIRST STATE INSURANCE COMPANY, )
                             )
            Defendant.       )

---

### NOTICE OF APPEARANCE OF THOMAS M. ELCOCK

**To The Clerk Of The Above-Named Court:**

Kindly enter my Notice of Appearance for the Defendant, First State Insurance Company in the above-captioned matter.

First State Insurance Company
By its attorneys,

_____
Thomas M. Elcock (BBO #548027)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, Massachusetts 02109
(617) 456-8000

-and-

Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200

## CERTIFICATE OF SERVICE

I, Thomas M. Elcock, Esquire hereby certify that on this 3rd day of March, 2005, I served a copy of the foregoing Notice Of Appearance via first class mail, postage pre-paid, upon the following Counsel of Record:

>Kevin M. Roche, Esquire
>Halloran & Sage
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

Thomas M. Elcock