Thomas M. Elcock
617-456-8155
tmelcock@plgt.com

May 16, 2005

The Honorable Reginald C. Lindsay
United States District Judge
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     <u>Argonaut Insurance Company v. First State Insurance Company</u>
        C.A. No.:  05-CV10184-RCL

Dear Judge Lindsay:

We represent Defendant First State Insurance Company in the above-referenced action, and write to provide Your Honor with a report on the status of the negotiations between the parties. By letter dated March 15, 2005, we were informed by Theresa W. Hajost of Halloran & Sage, counsel to Argonaut Insurance Company, that there was no meeting of the minds between the parties, and that Argonaut would proceed with award confirmation.

Respectfully,

PRINCE, LOBEL, GLOVSKY & TYE, LLP.



Thomas M. Elcock

TME/wa
cc:     Teresa W. Hajost, Esq.
        Susan Grondine, Esq.