UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-10184-RCL**

**ARGONAUT INSURANCE COMPANY**
**Plaintiff**

v.

**FIRST STATE INSURANCE COMPANY**

Defendant

## JUDGMENT

The Court enters Judgment in favor of the Petitioner Argonaut Insurance Company confirming the arbitration award . Judgment for the Plaintiff against the Defendant.

 Sarah A. Thornton
 Clerk

/s/ Lisa Hourihan

**Deputy Clerk**

**June 8, 2005**
**To: All Counsel**